UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CATHERINE DAVIS

**JURY TRIAL**

      Plaintiff,

V.                                            CIVIL ACTION NO

RSI ENTERPRISES, INC.

Defendant.                               SEPTEMBER 19, 2007

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); Md. Ann. Code <u>Business Regulation</u> Collection Agencies § 7-301 et seq. and the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant is an un-licensed collection agency in the State of Maryland.

7. Defendant communicated with plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to plaintiff's disputed personal debt to Advanced Imaging Partners, Inc.

8. In the collection efforts, the defendant violated the FDCPA, inter alia, section 1692e, -f, and -g.

SECOND COUNT

9. The allegations of the First Count are repeated and realleged as if fully set forth herein.

10. Within three years prior to the date of this action Defendant has engaged in acts and practices as to plaintiff in violation of the Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA"); Md. Ann. Code Business Regulation Collection Agencies § 7-301 et seq.

11. Defendant has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code Commercial Law Consumer Practices Act § 13-301 et seq.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law  both compensatory and punitive, including $1,000 statutory damages for each communication against the defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide

                                    THE PLAINTIFF

 BY_____
   Bernard T. Kennedy, Esquire
   207 Miles River Court
   Odenton, MD 21113
   Ph   (410) 305-4000
   Fax (410) 305-4005
   Fed. Bar # Md26843
   bernardtkennedy@yahoo