UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CATHERINE DAVIS

         Plaintiff,

**JURY TRIAL**

V.

RSI ENTERPRISES, INC.

CIVIL ACTION NO
1:07cv2544 (CCB)

Defendant.

NOVEMBER 6, 2007

## STIPULATION FOR DISMISSAL

The plaintiff Catherine Davis through her attorney Bernard T. Kennedy, stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs, subject to approval of the Court.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
207 Miles River Court
Odenton, MD 21113
Ph   (410) 305-4000
Fax (410) 305-4005
Fed. Bar # Md26843
bernardtkennedy@yahoo

## *CERTIFICATION*

I hereby certify that on 11/6/07 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy